**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy and Valerie Faulkner,<br><br>Plaintiffs,<br><br>vs.<br><br>Bank of New York Mellon f/k/a Bank of New York, et al.,<br><br>Defendants. | No. CV11-1070-PHX-DGC<br><br>**ORDER** |

Defendants Bank of New York Mellon, First Tennessee Bank National Association, and Metlife Bank, N.A. move to dismiss the amended complaint. Doc. 11. Local Rule 7.2(c) requires a party opposing a motion to dismiss to file a response within fourteen (14) days after service of the motion. The motion here was filed on July 14, and Defendants certify that service by mail to Plaintiffs occurred on the same day. Doc. 11 at 18. Plaintiffs pro se in this action challenging foreclosure have not filed a timely response.

Plaintiffs shall file a response to the motion to dismiss by **August 19, 2011**. Failure to do so will result in a summary grant of the motion and dismissal of the claims against Defendants pursuant to Local Rule 7.2(i).

Plaintiffs are advised that they must become familiar with, and follow, the Federal Rules of Civil Procedure (available online at http://www.law.cornell.edu/rules/frcp/) and the Rules of the United States District Court for the District of Arizona ("Local Rules")

(which may be obtained in the Clerk of Court's office or online at http://www.azd.uscourts.gov/azd/courtinfo.nsf/local+rules+2004?openview).

**IT IS ORDERED** that Plaintiffs shall file a response to Defendants' motion to dismiss on or before **August 19, 2011**.

Dated this 12th day of August, 2011.

_David G. Campbell_
United States District Judge