**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy and Valerie Faulkner,<br><br>Plaintiffs,<br><br>vs.<br><br>Bank of New York Mellon f/k/a Bank of New York, et al.,<br><br>Defendants. | No. CV11-1070-PHX-DGC<br><br>**ORDER** |

Defendants Bank of New York Mellon, First Tennessee Bank National Association, and Metlife Bank, N.A. (collectively "Moving Defendants") move to dismiss the amended complaint. Docs. 11, 13. Plaintiffs filed a response pursuant to order of this Court, and moved to dismiss their claims against Moving Defendants without prejudice. Doc. 15. Good cause appearing, Moving Defendants' motion to dismiss will be granted, the claims against Moving Defendants are dismissed without prejudice, and Moving Defendants are terminated from this action.

The only remaing Defendant -- Quality Loan Service Corporation ("QLS") -- has not appeared in this case, and proof of service is not readily apparent from the docket. Rule 4(m) of the Federal Rules of Civil Procedure requires service of the complaint and summons on each defendant within 120 days of filing. The complaint here was filed on May 27, 2011, and an amended complaint was filed on June 27, 2011. By **October 26, 2011**, Plaintiffs shall file proof of service on QLS. If Plaintiffs fail to serve

QLS within the 120-day time period, this action will be terminated without further order of the Court.

**IT IS ORDERED:**

1. Moving Defendants' motion to dismiss (Doc. 11) is **granted** as stated above.
2. Moving Defendants' motion for summary disposition (Doc. 13) is **denied as moot**.
3. The Clerk shall terminate all defendants **except** Quality Loan Service Corporation, which has not appeared in this case.
4. By **October 26, 2011**, Plaintiffs shall file proof of service on QLS. The Clerk shall terminate this action without further order of the Court if Plaintiffs fail to comply.

Dated this 25th day of August, 2011.

_David G. Campbell_
United States District Judge